

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00235-CV

IN THE MATTER OF C.O., A JUVENILE    §    On Appeal from the 323rd District
                                     Court

                                     §    of Tarrant County (323-115526-21)

                                     §    December 16, 2021

                                     §    Memorandum Opinion by Justice
                                     Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there

was no error in the trial court's judgment. It is ordered that the judgment of the trial

court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
        Justice Wade Birdwell